Raymond Grattan, Appellee, v. Ahlberg Bearing Company, Appellant.

Gen. No. 41,282.

opinion filed March 11, 1941.
Max Murdock, for appellant; Max M. & Samuel Grossman, for appellee; Sid Mogul, of counsel. Opinion by PRESIDING JUSTICE FRIEND. "Not to be published in full."